IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                            ORDER

              Plaintiff,

                                          96-cr-76-bbc

    v.

JAMES T. SMITH,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       This is a closed case in which defendant James T. Smith has filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582. Because defendant has attempted to file a lien against me and taken other steps that might cause others to reasonably question my impartiality in dealing with his motion, I am disqualifying myself from taking any further actions in his case. 28 U.S.C. § 455(a).

       Entered this 12th day of March, 2008.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge