# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                              Case No. 96-CR-76

**JAMES T. SMITH**
    **Defendant.**

---

### **ORDER**

On February 28, 2013, defendant James T. Smith filed a motion to vacate his remaining supervised release, and I entered an order directing the government to respond on or before March 29, 2013. On March 6, 2013, the probation office forwarded a request to transfer jurisdiction to the Western District of Missouri, where defendant is living. I signed the Probation Form 22 on March 7, 2013. Pending acceptance of jurisdiction by the district court in Missouri, I will suspend briefing on defendant's motion; if and when jurisdiction is accepted, that court may address the motion.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 7th day of March, 2013.

                                          /s Lynn Adelman

                                        _____
                                        LYNN ADELMAN
                                        District Judge